

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Manuel Rodriguez
A42-267-021

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, District Director, NY District
Citizenship & Immigration Services

CASE NUMBER: **07 CIV 9635**

TO: (Name and address of Defendant)

Andrea Quarantillo, District Director
U.S. Citizenship & Immigration Services
26 Federal Plaza, 11th Fl
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David K. S. Kim
Bretz & Coven, LLP
305 Broadway, Suite 100
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  OCT 30 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/1/07 |
| NAME OF SERVER (PRINT) Gardy Maisonneuve | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Fedex Overnight
Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave, N.W., Washington, DC 20530
Office of the General Counsel, DHS, Washington, DC 20528
U.S. Attorney's Office, SDNY, 86 Chambers Street, 3rd Fl, New York, NY 10007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/1/07
            Date          Signature of Server

BRETZ & COVEN, 305 Broadway, Ste 100, NY, NY 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.