UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MANUEL RODRIGUEZ,
A#42-267-021

                      Petitioner,              Case. No.07cv9635

    - against -                              Civil Action

ANDREA QUARANTILLO, District Director,
New York District of the U.S. Citizenship and
Immigration Services; U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

                      Respondents.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1.     I am employed in the office of Bretz and Coven, LLP.

2.     On the 1st day of November 2007, I served copies of the within:

**PETITION FOR REVIEW OF THE DENIAL**

**OF AN APPLICATION FOR NATURALIZATION**

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrea Quarantillo
New York District Diretor of the U.S.
Citizenship and Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Dated:	New York, New York
	November 1, 2007

By: /s/ Gardy Maisonneuve
Gardy Maisonneuve