USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MANUEL RODRIGUEZ,                   :
                                    :
                  Petitioner,       :    07 Civ. 9635 (VM)
                                    :
                                    :          ORDER
    - against -                     :
                                    :
Andrea Qurantillo, et al.,          :
                                    :
                  Respondent.       :
------------------------------------X

All parties are advised that an initial conference before Judge Marrero regarding the petition for a naturalization hearing has been scheduled for February 8, 2008 at 3:00 p.m in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal counsel for each party must appear at this and all subsequent conferences.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         18 January 2008

                                        Victor Marrero
                                           U.S.D.J.