

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

86 Chambers Street, 3rd floor
New York, New York 10007

February 5, 2008

<u>BY FAX TO (212) 805-6382</u>

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

FEB 5 2008

Re: <u>*Rodriguez v. Quarantillo*, No. 07 Civ. 9635 (VM)</u>

Dear Judge Marrero:

On behalf of the Government, I write respectfully to request that the initial conference in the above-reference proceeding — currently scheduled for Friday, February 8, 2008 — be adjourned because I will not be available. The petitioner's lawyer, David K. S. Kim, has consented to this request, and he asked that I inform the Court that he will not be available on February 11, 12, 15, 22, 29, and March 10-13.

Thank you for your consideration of this matter.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
SHANE CARGO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

Request GRANTED. The *initial*
conference herein is rescheduled to 3-21-08
at 9:30 a.m.

SO ORDERED.

2-6-08
DATE     VICTOR MARRERO, U.S.D.J.

cc: Mr. David K. S. Kim, Esq. (counsel for petitioner) (212) 267-2555
    *By fax to (212) 267-2129*