```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :      ORDER
MANUEL RODRIGUEZ,                      :
                                       :
                    Petitioner,        :      07 Civ. 9635 (VM)
                                       :
                                       :
     - against -                       :
                                       :
ANDREA QURANTILLO ET AL.,              :
                                       :
                    Respondents.       :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    The Court had scheduled a conference for March 21, 2008 at 9:30 a.m. Due to a conflict with the Court's calendar, this conference is rescheduled for April 18, 2008 at 4:30 p.m.

**SO ORDERED.**

Dated:    New York, New York
            12 March 2008

                                            Victor Marrero
                                              U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08