```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :        ORDER
MANUEL RODRIGUEZ,                    :
                                     :
                    Petitioner,      :    07 Civ. 9635 (VM)
                                     :
                                     :
     - against -                     :
                                     :
 ANDREA QURANTILLO ET AL.,           :
                                     :
                    Respondents.     :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court had scheduled a conference for April 18, 2008 at 4:30 p.m. Due to a conflict with the Court's calendar, this conference is rescheduled for April 25, 2008 at 4:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         4 April 2008

                                    _____
                                         Victor Marrero
                                            U.S.D.J.