ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL RODRIGUEZ,

                  Petitioner,

- against -

ANDREA QUARANTILLO, District Director, New York
District of the U.S. Citizenship and Immigration Services;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

                  Respondents.

No. 07 Civ. 9635 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-08

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondents to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to May 2, 2008.

New York, New York
April 23, 2008

BRETZ & COVEN, LLP
Attorneys for Petitioner

David K. S. Kim
305 Broadway, Suite 100
New York, New York 10007
Tel.  (212) 267-2555
Fax  (212) 267-2129

New York, New York
April ___, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

Hon. Victor Marrero
United States District Judge

– page 1 of 1 –

A42-267-021