UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MANUEL RODRIGUEZ

                          Plaintiff,          07 CIVIL 9635 (VM)

          -against-

ANDREA QUARANTILLO, et al.
                         Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: SHANE PATRICK CARGO

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: SALANS

    To: U.S. ATTORNEY'S OFFICE, SDNY

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: 86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NY 10007
☒ Telephone Number: 212-637-2711
☒ Fax Number: 212-637-2786
☐ E-Mail Address: _____

Dated: 5/9/08